# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN ROBERT DAY, ) | Case No.1:16CV2813 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **O R D E R** |
| ) | |
| Commissioner of Social Security, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |
| ) | |

On November 18, 2016, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge Thomas M. Parker pursuant to Local Rule 72.2(b). On December 5, 2017, the Magistrate Judge recommended that the final decision of the Commissioner be vacated and the case remanded. (Dkt. #14). On December 18, 2017, the Defendant filed a Response to Magistrate Judge's Report and Recommendation stating she will not be objecting.

Therefore, Magistrate Judge Parker's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is vacated and the case remanded for limited further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.


Dated:12/19/2017         *S/Christopher A. Boyko*
                         CHRISTOPHER A. BOYKO
                         UNITED STATES DISTRICT JUDGE